FILED

MAY 11 2018


Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 18-10-M-JCL |
| Content of and records relating to accounts meyonea0707@gmail.com, meyoneer@gmail.com and pimazon@gmail.com that are stored at premises controlled by Google, Inc. | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 11th day of May, 2018.

Jeremiah C. Lynch
United States Magistrate Judge

1